UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUUL LABS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>    -v-<br><br>9W SNACK SHOP INC., a New York corporation,<br><br>                    Defendant. | CIVIL ACTION NO.: 1:22 Civ. 2874 (JSR) (SLC)<br>                              1:22 Civ. 2875 (KPF) (SLC)<br>                              1:22 Civ. 2879 (ER) (SLC)<br>                              1:22 Civ. 2881 (PAC) (SLC)<br>                              1:22 Civ. 3595 (RA) (SLC)<br>                              7:22 Civ. 2877 (NSR) (SLC)<br>                              7:22 Civ. 2878 (CS) (SLC)<br>                              7:22 Civ. 2882 (VB) (SLC)<br>                              7:22 Civ. 2884 (VB) (SLC)<br>                              7:22 Civ. 3593 (NSR) (SLC)<br>                              7:22 Civ. 3594 (VB) (SLC)<br><br>**ORDER** |
| JUUL LABS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>    -v-<br><br>35 VASSAR ROAD SNACK SHOP INC., a New York corporation,<br><br>                    Defendant. | |
| JUUL LABS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>    -v-<br><br>BRIDGE SNACK SHOP INC., a New York corporation,<br><br>                    Defendant. | |
| JUUL LABS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>    -v-<br><br>HYDE PARK SNACK SHOP INC., a New York corporation,<br><br>                    Defendant. | |

| |
|---|
| JUUL LABS, INC., a Delaware corporation, <br><br> Plaintiff, <br> -v- <br><br> SMOKE TOWN INC., a New York corporation, <br><br> Defendant. |
| JUUL LABS, INC., a Delaware corporation, <br><br> Plaintiff, <br> -v- <br><br> BALDWIN SNACK SHOP INC., a New York corporation, <br><br> Defendant. |
| JUUL LABS, INC., a Delaware corporation, <br><br> Plaintiff, <br> -v- <br><br> BREWSTER FOOD MART INC., a New York corporation, <br><br> Defendant. |
| JUUL LABS, INC., a Delaware corporation, <br><br> Plaintiff, <br> -v- <br><br> S & I SNACK SHOP INC., a New York corporation, <br><br> Defendant. |
| JUUL LABS, INC., a Delaware corporation, <br><br> Plaintiff, <br> -v- <br><br> YORKTOWN FUEL SERVICES INC., a New York corporation, <br><br> Defendant. |

| |
|---|
| JUUL LABS, INC., a Delaware corporation, <br><br>                              Plaintiff, <br> -v- <br><br> BREWSTER SNACK SHOP INC., a New York corporation, <br><br>                              Defendant. |
| JUUL LABS, INC., a Delaware corporation, <br><br>                              Plaintiff, <br> -v- <br><br> OSSINING SNACK SHOP INC., a New York corporation, <br><br>                              Defendant. |

**SARAH L. CAVE,** United States Magistrate Judge:

On October 11, 2022, the Court held a settlement conference in these cases, and understood that the parties had reached an agreement in principle that they would reduce to a written agreement, following which they would submit stipulations of dismissal with prejudice. (ECF min. entry Oct. 11, 2022).  By **Thursday, November 10, 2022**, the parties shall file either (i) a joint letter regarding the status of settlement, or alternatively, (ii) a stipulation of dismissal addressed to the District Judge assigned to each case for review and endorsement.

Dated:     New York, New York
           November 3, 2022

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**