UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUUL LABS, INC., a Delaware corporation,

                    Plaintiff,

-v-

9W SNACK SHOP INC., a New York corporation,

                    Defendant.

CIVIL ACTION NO.: 22 Civ. 2874 (JSR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 7, 2022, the Court directed the parties to file by November 10, 2022 either (i) a joint letter regarding the status of settlement, or alternatively, (ii) a stipulation of dismissal addressed to the District Judge assigned to each case for review and endorsement. (ECF No. 18). On November 8, 2022, the parties filed a proposed stipulation of dismissal (the "Proposed Stipulation"). (ECF No. 19). On November 9, 2022, the Clerk of Court identified several deficiencies with the Proposed Stipulation, and provided specific instructions on how the parties could cure their deficient filing. (ECF min. entry Nov. 9, 2022). Nevertheless, the parties have not yet filed a corrected stipulation of dismissal addressed to the Honorable Jed S. Rakoff for his review and endorsement (the "Corrected Stipulation"). Accordingly, the parties shall file the Corrected Stipulation by **Monday, December 5, 2022**.

Dated:      New York, New York
             November 30, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**